

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SHERRI GREEN, | § | No. 08-22-00175-CV |
| Appellant, | § | Appeal from the |
| v. | § | 394th Judicial District Court |
| LAJITAS CAPITAL PARTNERS, LLC, MCREYNOLDS LAJITAS INTERESTS, LLC, QUINT DAVIS, JOHN PRICE and LOGAN KNAPP, | § § | of Brewster County, Texas (TC# CVB21565) |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF APRIL, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.